UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK TRENTON WILLIAMS                                                                    PLAINTIFF

v.                                            No. 2:21-CV-02193

SHERIFF HOBE RUNION,
MANAGER EDDIE SMITH,
CAPTAIN DUMAS, CORPORAL
ASHLEY SMITH, GUARD HOLT,
GUARD DOMINEZ, GUARD
WHITE, DOCTOR JOHN DOE, and
NURSES JOHN OR JANE DOE                                                                DEFENDANTS

**ORDER**

The Court has received a report and recommendations (Doc. 8) from United States Chief Magistrate Judge Mark E. Ford. Plaintiff Mark Trenton Williams has filed objections (Doc. 9) to the report and recommendations. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff be allowed to proceed on his claims under 42 U.S.C. § 1983 against Defendants Holt, Doctor Doe, and Nurses Doe in their individual capacities, regarding refusal of access to a restroom and denial of medical care, but that the Court dismiss Plaintiff's claims against all other Defendants, including all official capacity claims, as well as his claims regarding verbal threats, dirty cells, and theft of his personal property.

Plaintiff's objections largely appear to be based on a misunderstanding of the report and recommendations, in that he simply provides factual elaboration on his claims for denial of medical care, which the Magistrate Judge recommended preserving. In other words, Plaintiff's objections do not appear to substantively oppose any of the Magistrate Judge's recommendations. Nevertheless, this Court has reviewed the entire record *de novo*, and finds that neither law nor fact

1

requires departure from the report and recommendations, which is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's official capacity claims, and his claims regarding verbal threats, dirty cells, and theft of his personal property, are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this case otherwise remains pending and referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 9th day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE