UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK TRENTON WILLIAMS                                                                       PLAINTIFF

v.                                           No. 2:21-cv-2193

GUARD HOLT, *et al.*                                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 21) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends that Plaintiff's complaint (Doc. 1) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 6th day of December, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE